1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  KAREN D. BEAUSEY (CSBN 155258)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436-7157
7
   Attorneys for Plaintiff
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR-05-00292 MHP |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING DATE |
| v. | ) |
| ALONSO RODRIGUEZ RAMIREZ, | ) |
| Defendant. | ) |

The parties, through their below-signed attorneys, and the United States Probation Officer, hereby stipulate and agree that sentencing in the above-captioned matter, currently scheduled to take place on August 22, 2005, shall instead take place on August 29, 2005. This continuance is necessary to accommodate government counsel's schedule. Government counsel has spoken with defense counsel (who is currently in San Diego) he has an objection to the requested continuance. Defense counsel has

///
///
///
///

Case 3:05-cr-00292-MHP   Document 39   Filed 08/23/05   Page 2 of 4

authorized government counsel to sign the instant stipulation on his behalf.

Dated: 8/19/05

_____
KAREN D. BEAUSEY
Assistant United States Attorney

Dated: 8/19/05

_____
BARRY PORTMAN
Federal Public Defender
Attorney for Defendant RAMIREZ

**IT IS SO ORDERED.**

DATED: 8/22/05

_____
HON. MARILYN HALL PATEL
UNITED STATES DISTRICT COURT

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE SENTENCING DATE

2